MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7199
    Facsimile:  (415) 436-7234
    Email: Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12 0441 EMC |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS HEARING AND MOTION |
| v. ) | FOR FINDING OF SPEEDY TRIAL |
| ) | ACT EXCLUDABLE TIME; |
| SAMEER NICOLA KHOURY, ) | [PROPOSED] ORDER |
| a/k/a SAMEER KHOURY, ) | |
| ) | |
| Defendant. ) | |

       The parties are scheduled to appear before the Court on June 20, 2012 at 2:30 p.m. for their initial status hearing. Defense counsel notified undersigned government counsel by e-mail this morning that he was having emergency eye surgery and did not expect to be able to make the appearance before this Court tomorrow. Counsel also provided government counsel with authority to sign a stipulation agreeing to continue the status hearing for a date in July. The parties had previously agreed to a finding of excludable time under the Speedy Trial Act in order to provide sufficient time for defense counsel to review discovery and effectively prepare, taking into account due diligence.

STIP. & [PROP.] ORDER
CR 12 0441 EMC

In light of the above, the parties request that the status hearing in the above-captioned case be continued from June 20, 2012 at 2:30 p.m. to July 25, 2012 at 2:30 p.m. The government additionally moves for a finding of excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), in order to provide the defendant with continuity of counsel and defense counsel reasonable time for effective preparation, taking into account due diligence.

Respectfully submitted,

Dated: June 19, 2012  MELINDA HAAG
United States Attorney

_____/s/_____
SUSAN E. BADGER
Assistant United States Attorney

Dated: June 19, 2012  _____/s/_____
STEVEN GRUEL
Counsel for Defendant
Sameer Nicola Khoury

## [PROPOSED] ORDER

For good cause appearing, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case is continued from June 20, 2012 at 2:30 p.m. to July 25, 2012 at 2:30 p.m. IT IS FURTHER ORDERED THAT, in light of the reasons necessitating the request for the continuance, the time from June 20, 2012 through July 25, 2012 is excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161, in order to provide the defendant with continuity of counsel and defense counsel with reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(v).

IT IS SO ORDERED.

Dated: June 19, 2012  _____
EDW[ARD M. CHEN]
United [States District Judge]



STIP. & [PROP.] ORDER
CR 12 0441 EMC