STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Sameer Khoury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-0441-EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM DECEMBER 19, 2012 TO JANUARY 30, 2013 |
| Vs. ) | |
| ) | |
| SAMEER KHOURY, ) | Honorable Edward M. Chen |
| Defendant. ) | |

Defendant Sameer Khoury, by his Counsel, Steven F. Gruel, and the United States of American, by its Counsel, Assistant United States Attorney Susan E. Badger, hereby respectfully requests that that the sentencing date currently scheduled for December 19, 2012, be continued to January 30, 2013 at 2:00 p.m., or as soon thereafter as is convenient for the Court. The good cause for this request is due to defense counsel's recovery from eye surgery now involves an

*Stipulation and [Proposed] Order Continuing Sentencing Date*

additional operation for cataract removal from his left eye and counsel's vision continues to be impaired. The government and the United States Probation Officer assigned to this case do not oppose this defense request.

SO STIPULATED.

Dated: November 26, 2012     ___/s/_____
                                     STEVEN F. GRUEL
                                     Attorney for Sameer Khoury

Dated: November 26, 2012     ___/s/_____
                                     SUSAN E. BADGER
                                     Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above Stipulation, the sentencing date is continued from December ~~19~~, 2012 to January 30, 2013 at ~~2:00 p.m.~~ 2:30 p.m.

IT IS SO ORDERED.

Dated: 11/29/12     _____
                              HONORABLE
                              United States D...

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

*Stipulation and [Proposed] Order Continuing Sentencing Date*